# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:       Judge Roger W. Titus

RE:          *Microlog Corporation v. Continental Airlines, Inc. et al.*
             Civil No. RWT-11-2730

DATE:        September 23, 2011

\* \* \* \* \* \* \* \* \*

The above entitled matter has been referred to a Magistrate Judge for decision.  Counsel for defendants Walgreen Company, First Horizon Home Loan Corporation, and First Horizon National Corporation are directed to file a response to Plaintiff's Motion to Quash the Subpoena (ECF No. 1) by no later than **Monday, September 26, 2011 at 9:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Deborah K. Chasanow for Roger W. Titus
United States District Judge